**Form 726**[Deficiency Notice]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:

    Gregg Daniel Baird and Hilda Carolina Baird

        Debtor(s).

Case No. 09–21980
Chapter 7

## DEFICIENCY NOTICE

    The Chapter 7 Petition filed with the Court on 3/6/09 was not accompanied by lists, schedules, statements or other documents required by the United States Bankruptcy Code. Federal Rules of Bankruptcy Procedure 1007 and 2016 set forth specific papers that are required to be filed with the Court.

    **By the due date(s) specified below,** you must file the papers listed below with the Clerk of Court, United States Bankruptcy Court, 350 South Main Street, Room 301, Salt Lake City, Utah 84101. If you feel you are not required to file the listed papers, you may file an explanation of why the papers are not required, or, if grounds exist, a motion to extend the time for filing the missing papers and proposed order. Failure to timely comply may cause your case to be dismissed as described below.

    DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED: Attorney Disclosure Statement, Chapter 7 Means Test, Payment Advices/Evidences of Payment, Statement of Affairs and Schedules, Summary of Schedules, Statistical Summary of Certain Liabilities, Incomplete Filings due by 3/23/2009. (dlg)

    If you fail to file all of the missing papers specified above by the date(s) indicated, the United States Trustee or a party in interest may file a motion and schedule a hearing to seek dismissal of your case for unreasonable delay.

---

### IMPORTANT – YOUR RIGHTS MAY BE AFFECTED:

If you fail to file all of the missing papers specified above within **45 days** after the filing of your bankruptcy petition, your case may be **automatically dismissed** without further notice or hearing. 11 U.S.C. § 521(i)

---

Dated: March 9, 2009

                                                                    David A. Sime
                                                                    Clerk of Court

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: dlg                  Page 1 of 1         Date Rcvd: Mar 09, 2009
Case: 09-21980                Form ID: f726              Total Served: 3

The following entities were served by first class mail on Mar 11, 2009.
db          +Gregg Daniel Baird,    122 East 100 South #1,    Provo, UT 84606-4002
jdb         +Hilda Carolina Baird,    353 East 300 North #46,    Provo, UT 84606-3008
aty         +Robert Fugal,   Bird & Fugal,    384 East 720 South,    Suite 201,    Orem, UT 84058-6320

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2009**                         **Signature:** _Joseph Speetjens_