| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| W3H | 003451 | 400 | | 0000080146 | 1 |

# Earnings Statement



PROSPER TEAM INC.
5072 NORTH 300 WEST STE 240
PROVO, UT 84604
1-800-748-5199

Period Ending:  02/07/2009
Pay Date:       02/20/2009

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal: 99
  UT:      99

00000000146
GREGG D. BAIRD
122 E 100 S
#1
PROVO, UT 84601

Social Security Number: XXX-XX-1965

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 35.48 | | | |
| Bonus | | | 45.00 | 84.41 |
| Spifs | | | 30.00 | 170.00 |
| Commission | | | | 1,825.20 |
| **Gross Pay** | | | **$75.00** | 2,079.61 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Social Security Tax | -3.75 | 122.67 |
| Medicare Tax | -0.88 | 28.69 |
| **Other** | | |
| Checking | -27.15 | |
| Medical | -10.27* | 71.89 |
| Spifs | -30.00 | 170.00 |
| Vision | -4.16* | 29.12 |
| Reimbursements | | -1.21 |
| **Adjustment** | | |
| Reimbursements | +1.21 | |
| **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $60.57

© 2000 ADP, Inc

PROSPER TEAM INC.
5072 NORTH 300 WEST STE 240
PROVO, UT 84604
1-800-748-5199

Advice number:  00000080146
Pay date:       02/20/2009

Deposited to the account of
GREGG D. BAIRD

| account number | transit ABA | amount |
|---|---|---|
| 153151725873 | 1243 0215 | $27.15 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| W3H | 003451 | 400 | | 0000070148 | 1 |

## Earnings Statement

PROSPER TEAM INC.
5072 NORTH 300 WEST STE 240
PROVO, UT 84604
1-800-748-5199

Period Ending:  01/31/2009
Pay Date:       02/13/2009

00000000148
GREGG D. BAIRD
122 E 100 S
#1
PROVO, UT 84601

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 99
  UT:      99

Social Security Number: XXX-XX-1965

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 39.71 | | |
| Commission | | | 168.50 | 1,825.20 |
| Spifs | | | 15.00 | 140.00 |
| Bonus | | | | 39.41 |
| **Gross Pay** | | | **$183.50** | 2,004.61 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -9.59 | 118.92 |
| Medicare Tax | | -2.24 | 27.81 |
| Other | | | |
| Checking | | -127.81 | |
| Medical | | -20.54* | 61.62 |
| Spifs | | -15.00 | 140.00 |
| Vision | | -8.32* | 24.96 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $154.64

© 2009 ADP, Inc.

PROSPER TEAM INC.
5072 NORTH 300 WEST STE 240
PROVO, UT 84604
1-800-748-5199

Advice number:  00000070148
Pay date:       02/13/2009

Deposited to the account of
GREGG D. BAIRD

| account number | transit ABA | amount |
|---|---|---|
| 153151725873 | 1243 0215 | $127.81 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| W3H | 003451 | 400 | | 0000050160 | 1 |

# Earnings Statement 

PROSPER TEAM INC.
5072 NORTH 300 WEST STE 240
PROVO, UT 84604
1-800-748-5199

Period Ending:  01/17/2009
Pay Date:       01/30/2009

00000000160
GREGG D. BAIRD
122 E 100 S
#1
PROVO, UT 84601

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  99
  UT:       99

Social Security Number:  XXX-XX-1965

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 38.74 | | | |
| Bonus | | | 39.41 | 39.41 |
| Commission | | | 939.80 | 1,656.70 |
| Spifs | | | 30.00 | 125.00 |
| **Gross Pay** | | | **$1,009.21** | 1,821.11 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -62.57 | 109.33 |
| Medicare Tax | | -14.63 | 25.57 |
| **Other** | | | |
| Checking | | -902.01 | |
| Spifs | | -30.00 | 125.00 |
| Medical | | | 41.08 |
| Vision | | | 16.64 |
| **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are
$1,009.21

© 2000 ADP, Inc

PROSPER TEAM INC.
5072 NORTH 300 WEST STE 240
PROVO, UT 84604
1-800-748-5199

Advice number:  00000050160
Pay date:       01/30/2009

Deposited to the account of
GREGG D. BAIRD

| account number | transit ABA | amount |
|---|---|---|
| 153151725873 | 1243 0215 | $902.01 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| W3H | 003451 | 400 | | 0000040158 | 1 |

**Earnings Statement** — ADP

PROSPER TEAM INC.
5072 NORTH 300 WEST STE 240
PROVO, UT 84604
1-800-748-5199

Period Ending: 01/10/2009
Pay Date: 01/23/2009

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 99
   UT: 99

00000000158
GREGG D. BAIRD
122 E 100 S
#1
PROVO, UT 84601

Social Security Number: XXX-XX-1965

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 36.24 | | |
| Commission | | | 243.80 | 716.90 |
| Spifs | | | 30.00 | 95.00 |
| **Gross Pay** | | | **$273.80** | 811.90 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -15.84 | 46.76 |
| | Medicare Tax | -3.71 | 10.94 |
| | **Other** | | |
| | Checking | -180.96 | |
| | Medical | -10.27* | 41.08 |
| | Spifs | -55.00 | 95.00 |
| | Vision | -8.02* | 16.64 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $255.51

---

PROSPER TEAM INC.
5072 NORTH 300 WEST STE 240
PROVO, UT 84604
1-800-748-5199

Advice number: 00000040158
Pay date: 01/23/2009

Deposited to the account of
GREGG D. BAIRD

| account number | transit ABA | amount |
|---|---|---|
| 153151725873 | 1243 0215 | $180.96 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

© 2000 ADP, Inc

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| W3H | 003451 | 400 | | 0000030159 | 1 |

# Earnings Statement

**ADP**

PROSPER TEAM INC.
5072 NORTH 300 WEST STE 240
PROVO, UT 84604
1-800-748-5199

Period Ending: 01/03/2009
Pay Date: 01/16/2009

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 99
  UT: 99

00000000159
GREGG D. BAIRD
122 E 100 S
#1
PROVO, UT 84601

Social Security Number: XXX-XX-1965

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3.56 | | | 65.00 |
| Spifs | | 25.00 | | 473.10 |
| Commission | | | | 538.10 |
| **Gross Pay** | | | **$25.00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | | 30.92 |
| | Medicare Tax | | 7.23 |
| | **Other** | | |
| | Medical | -20.54* | 30.81 |
| | Vision | -4.46* | 8.62 |
| | Spifs | | 40.00 |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, Inc.

PROSPER TEAM INC.
5072 NORTH 300 WEST STE 240
PROVO, UT 84604
1-800-748-5199

Advice number: 00000030159
Pay date: 01/16/2009

Deposited to the account of
GREGG D. BAIRD

account number    transit    ABA    amount

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| W3H | 003451 | 400 | | 0000010166 | 1 |

## Earnings Statement

**ADP**

PROSPER TEAM INC.
5072 NORTH 300 WEST STE 240
PROVO, UT 84604
1-800-748-5199

Period Ending: 12/20/2008
Pay Date: 01/02/2009

00000000166
GREGG D. BAIRD
122 E 100 S
#1
PROVO, UT 84601

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:    99
   UT:    99

Social Security Number: XXX-XX-1965

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 38.16 | | |
| Commission | | | 473.10 | 473.10 |
| Spifs | | | 40.00 | 40.00 |
| **Gross Pay** | | | **$513.10** | 513.10 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -30.92 | 30.92 |
| | Medicare Tax | -7.23 | 7.23 |
| | **Other** | | |
| | Checking | -420.52 | |
| | Medical | -10.27* | 10.27 |
| | Spifs | -40.00 | 40.00 |
| | Vision | -4.16* | 4.16 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $498.67

© 2000 ADP, Inc

PROSPER TEAM INC.
5072 NORTH 300 WEST STE 240
PROVO, UT 84604
1-800-748-5199

Advice number: 00000010166
Pay date: 01/02/2009

Deposited to the account of
GREGG D. BAIRD

| account number | transit ABA | amount |
|---|---|---|
| 153151725873 | 1243 0215 | $420.52 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**