75512

BAI001    Hilda C Baird

Check date: 1/15/2009
Period beg.: 1/1/2009    Period end: 1/15/2009

| Wages | Reg. Hrs. | O/T Hrs. | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salaried - no fica-m | 0.00 | 0.00 | 432.50 | 432.50 | FICA-SS | 0.00 | 0.00 |
| Auto Allowance | 0.00 | 0.00 | 0.00 | 0.00 | FICA-Med | 0.00 | 0.00 |
| Mileage | 0.00 | 0.00 | 0.00 | 0.00 | Federal W/H | 9.92 | 9.92 |
| Emp. Reimbursement | 0.00 | 0.00 | 0.00 | 0.00 | State W/H | 6.00 | 6.00 |
|  |  |  |  |  | Direct Deposit | 0.00 | 0.00 |
|  |  |  |  |  | 403-b | 0.00 | 0.00 |
|  |  |  |  |  | Medical Ins. (Caf) | 0.00 | 0.00 |
|  |  |  |  |  | Other Deduction | 2.24 | 2.24 |
| Totals | 0.00 | 0.00 | 432.50 | 432.50 |  | 18.16 | 18.16 |
|  |  |  |  |  | Net Pay | 414.34 | 414.34 |

Used this check:
Available:

76271

BAI001        Hilda C Baird                                    Check date: 1/30/2009
                                                               Period beg.: 1/16/2009    Period end: 1/31/2009

| Wages | Reg. Hrs. | O/T Hrs. | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salaried - no fica-m | 0.00 | 0.00 | 432.50 | 865.00 | FICA-SS | 0.00 | 0.00 |
| Auto Allowance | 0.00 | 0.00 | 0.00 | 0.00 | FICA-Med | 0.00 | 0.00 |
| Mileage | 0.00 | 0.00 | 0.00 | 0.00 | Federal W/H | 9.92 | 19.84 |
| Emp. Reimbursement | 0.00 | 0.00 | 0.00 | 0.00 | State W/H | 6.00 | 12.00 |
|  |  |  |  |  | Direct Deposit | 0.00 | 0.00 |
|  |  |  |  |  | 403-b | 0.00 | 0.00 |
|  |  |  |  |  | Medical Ins. (Caf) | 0.00 | 0.00 |
|  |  |  |  |  | Other Deduction | 2.24 | 4.48 |
| Totals |  | 0.00 | 0.00 | 432.50 | 865.00 |  | 18.16 | 36.32 |
|  |  |  |  |  | Net Pay | 414.34 | 828.68 |

*Used this check:*
*Available:*

BAI001        Hilda C Baird                               Check date: 2/13/2009
                                                          Period beg.: 2/1/2009    Period end: 2/15/2009

| Wages | Reg. Hrs. | O/T Hrs. | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salaried - no fica-m | 0.00 | 0.00 | 432.50 | 1,297.50 | FICA-SS | 0.00 | 0.00 |
| Auto Allowance | 0.00 | 0.00 | 0.00 | 0.00 | FICA-Med | 0.00 | 0.00 |
| Mileage | 0.00 | 0.00 | 35.75 | 35.75 | Federal W/H | 9.92 | 29.76 |
| Emp. Reimbursement | 0.00 | 0.00 | 0.00 | 0.00 | State W/H | 6.00 | 18.00 |
|  |  |  |  |  | Direct Deposit | 0.00 | 0.00 |
|  |  |  |  |  | 403-b | 0.00 | 0.00 |
|  |  |  |  |  | Medical Ins. (Caf) | 0.00 | 0.00 |
|  |  |  |  |  | Other Deduction | 2.24 | 6.72 |
| Totals | 0.00 | 0.00 | 468.25 | 1,333.25 |  | 18.16 | 54.48 |
|  |  |  |  |  | Net Pay | **450.09** | **1,278.77** |

*Used this check:*
*Available:*

United Way of Utah County
148 North 100 West
Provo, UT 84601

**Four Hundred Fifty And 09/100 Dollars**************************************    2/13/2009    $    450.09

Hilda C Baird
122 East 100 South #1
Provo, UT  84604

Hilda C Baird                                              Check date: 2/13/2009

| Wages | Reg. Hrs. | O/T Hrs. | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salaried - no fica-m | 0.00 | 0.00 | 432.50 | 1,297.50 | FICA-SS | 0.00 | 0.00 |
| Auto Allowance | 0.00 | 0.00 | 0.00 | 0.00 | FICA-Med | 0.00 | 0.00 |
| Mileage | 0.00 | 0.00 | 35.75 | 35.75 | Federal W/H | 9.92 | 29.76 |
| Emp. Reimbursement | 0.00 | 0.00 | 0.00 | 0.00 | State W/H | 6.00 | 18.00 |
|  |  |  |  |  | Direct Deposit | 0.00 | 0.00 |
|  |  |  |  |  | 403-b | 0.00 | 0.00 |
|  |  |  |  |  | Medical Ins. (Caf) | 0.00 | 0.00 |
|  |  |  |  |  | Other Deduction | 2.24 | 6.72 |
| Totals | 0.00 | 0.00 | 468.25 | 1,333.25 |  | 18.16 | 54.48 |
|  |  |  |  |  | Net Pay | **450.09** | **1,278.77** |

*Available:*

77195

BAI001        Hilda C Baird                                    Check date: 2/27/2009
                                                               Period beg.: 2/16/2009    Period end: 2/28/2009

| Wages | Reg. Hrs. | O/T Hrs. | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salaried - no fica-m | 0.00 | 0.00 | 432.50 | 1,730.00 | FICA-SS | 0.00 | 0.00 |
| Auto Allowance | 0.00 | 0.00 | 0.00 | 0.00 | FICA-Med | 0.00 | 0.00 |
| Mileage | 0.00 | 0.00 | 0.00 | 35.75 | Federal W/H | 9.92 | 39.68 |
| Emp. Reimbursement | 0.00 | 0.00 | 0.00 | 0.00 | State W/H | 6.00 | 24.00 |
|  |  |  |  |  | Direct Deposit | 0.00 | 0.00 |
|  |  |  |  |  | 403-b | 0.00 | 0.00 |
|  |  |  |  |  | Medical Ins. (Caf) | 0.00 | 0.00 |
|  |  |  |  |  | Other Deduction | 2.24 | 8.96 |
| Totals |  | 0.00 | 0.00 | 432.50 | 1,765.75 |  | 18.16 | 72.64 |
|  |  |  |  |  | Net Pay | 414.34 | 1,693.11 |

Used this check:
Available:

CRAIG ENTERPRISES, INC. - dba Commgap - Salt Lake City, Utah  84121          27361

Hilda Carolina Baird                                              3/3/2009

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 1/15/2009 | Bill | 1/14 torres | 90.00 | 90.00 | | 90.00 |
| 1/15/2009 | Bill | 1/15 torres | 49.50 | 49.50 | | 49.50 |
| 1/15/2009 | Bill | 1/13 alvarez | 22.50 | 22.50 | | 22.50 |
| 1/21/2009 | Bill | 1/20 garabito | 27.00 | 27.00 | | 27.00 |
| 1/27/2009 | Bill | 1/23 torres | 18.00 | 18.00 | | 18.00 |
| | | | | Check Amount | | 207.00 |

Checking -- US Bank                                                             207.00